IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SYLVESTER G. STEIN**,          )  <br>                                                  )  <br>      Plaintiff,                         )  <br>                                                  )  <br>vs.                                            )  <br>                                                  )  <br>**CANADIAN NATIONAL/ILLINOIS**  )  <br>**CENTRAL RAILROAD COMPANY**, )  <br>                                                  )  <br>      Defendant.                      )   | Cause No. **04-494-MJR** |

### ORDER

  Pursuant to Federal Rule of Civil Procedure 35, defendant Canadian National/Illinois Central Railroad Company requests that plaintiff be ordered to undergo an independent medical exam by Dr. John B. Selhorst, professor and chairman of the neurology department at St. Louis University Health Services Center.  **(Doc. 15).**  The complaint alleges physical injuries within the ambit of a neurologist's expertise.  (***See*** **Doc. 1).**  Defendant indicates that it intends to reimburse plaintiff for the expense of the exam, and to forward a copy of Dr. Selhorst's report to plaintiff.  Plaintiff has not filed a response to the subject motion.

  **IT IS HEREBY ORDERED**, for good cause shown, that defendant's motion for an independent medical examination of plaintiff by Dr. Selhorst **(Doc. 15)** is **GRANTED**.  Plaintiff to appear for an independent medical examination by John B. Selhorst, M.D., St. Louis University Hospital, Division of Neurology, 3660 Vista Avenue, Doctors' Office Building 303, St. Louis, Missouri, on **Friday, July 8, 2005 at 9:00 a.m.**  The scope of the examination shall be limited in accordance with plaintiff's alleged injuries and, of course, Dr. Selhorst's area of expertise.  Plaintiff shall execute all necessary waivers.  Defendant shall bear primary responsibility for paying for the exam, although plaintiff may agree to pay for the exam and later accept reimbursement from defendant.  Defense counsel shall ensure that plaintiff's counsel receives a copy of Dr. Selhorst's full report.

**IT IS SO ORDERED.**

**DATED:  June 29, 2005**              **s/ Clifford J. Proud**
                                       **CLIFFORD J. PROUD**
                                       **U. S. MAGISTRATE JUDGE**